**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LARRY SINGLETON,

    Plaintiff,

v.                                              CV No. 18-493 KRS/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER GRANTING IN PART MOTION TO EXTEND
## DEADLINE TO FILE JOINT STATUS REPORT

**THIS MATTER** is before the Court on the parties' *Unopposed Motion to Extend the Deadline for Filing Joint Status Report*, (Doc. 9), filed July 26, 2018. The parties ask for an extension of their deadline to file a joint status report from July 26, 2018 to July 31, 2018, and Plaintiff's counsel states she "expects to complete the JSR by the close of business on Tuesday, July 31, 2018." *Id.* at 1. The Court has a Rule 16 Initial Scheduling Conference scheduled in this case on Thursday, August 2, 2018. Therefore the Court will grant the parties' motion in part and will require them to file the joint status report no later than Monday, July 30, 2018.

**IT IS THEREFORE ORDERED** that the parties' *Unopposed Motion to Extend the Deadline for Filing Joint Status Report*, (Doc. 9), is **GRANTED IN PART**, and the parties' deadline to file their Joint Status Report and Provisional Discovery Plan is extended to **July 30, 2018.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE