# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LARRY SINGLETON,

    Plaintiff,

v.                                                         CV No. 18-493 JCH/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, October 16, 2018, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE