**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LARRY SINGLETON,

    Plaintiff,

v.                                            CV No. 18-493 JCH/CG

CITY OF HOBBS, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## CASE MANAGEMENT DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Extension of Case Management Deadlines*, (Doc. 40), filed January 11, 2019. Plaintiff asks for an approximately six-week extension of the parties' case management deadlines due to delays in setting expert witness depositions. The Court, having considered the motion and noting it is unopposed, finds that the motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Extension of Case Management Deadlines*, (Doc. 40), is **GRANTED** and the deadlines in this case are extended as follows:

1. The termination date for discovery is **March 15, 2019**.

2. Motions relating to discovery shall be filed by **April 5, 2019.**

3. Pretrial motions, other than those relating to discovery, shall be filed by **April 15, 2019.**

4. Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **May 31, 2019**; Defendants to the Court on

or before **June 14, 2019.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE