## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LARRY SINGLETON,

    Plaintiff,

v.                                              CV No. 18-493 JCH/CG

CITY OF HOBBS, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, March 19, 2019, at 3:00 p.m.**

The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE