# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LARRY SINGLETON,

      Plaintiff,

v.                                      CV No. 18-493 JCH/CG

CITY OF HOBBS, et al.,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING AND MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff's *Motion to Compel and Memorandum in Support Thereof*, (Doc. 47), filed March 14, 2019. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

1. Defendants shall file a response to the motion no later than **Tuesday, March 26, 2019**;

2. Plaintiff may file a reply in support of the motion by **noon on Friday, March 29, 2019**.

**IT IS FURTHER ORDERED** that the Court shall hear oral argument on the motion by telephone on **Monday, April 1, 2019, at 3:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE