IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY SINGLETON,

    Plaintiff,

v.                                          CV No. 18-493 JCH/CG

CITY OF HOBBS, et al.,

    Defendants.

### ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court on *Defendants' Unopposed Motion to Vacate Settlement Conference*, (Doc. 58), filed April 9, 2019. The Court, having read the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Status Conference set for May 21, 2019, at 1:30 p.m., and the Settlement Conference set for May 28, 2019, at 9:00 a.m., are hereby **VACATED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE